| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benitez, Roger T | Southern District/California | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>940 Front St.<br>San Diego, CA 92101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2001 MAY -3 A 11: 23 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Sycuan Band of Kumeyaaii Nation- Independent Contractor fees- tutoring |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 2 El Centro, CA (87,161) (1) | C | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, CA (83,000) (2) | C | Rent | L | S | | | | | |
| 3. Parcel 4 vacant property-Salton City, CA(3) | | None | J | S | | | | | |
| 4. EC State Street Building, LLC-Note (30) | F | Interest | O | U | | | | | |
| 5. Northern Life-Annuity/Now ING (10) | B | Interest | K | T | | | | | |
| 6. Intel Corp common stock (4) | A | Dividend | J | T | | | | | |
| 7. | | | | | partial sale | 11/07 | J | A | |
| 8. Cisco Systems-common stock (7) | | None | J | T | | | | | |
| 9. Pfizer Inc, -common stock (8) | A | Dividend | J | T | | | | | |
| 10. American Airlines-common stock (19) | | None | | | sale | 05/09 | J | | |
| 11. Pacific Southwest Airlines-Common Stock(20) | A | Dividend | | | sale | 05/09 | J | A | |
| 12. General Electric-common stock (23) | A | Dividend | J | T | | | | | |
| 13. Mirant Corp-common stock (24) | A | Dividend | J | T | | | | | |
| 14. Microsoft-common stock (25) | A | Dividend | J | T | | | | | |
| 15. Gillette-common stock-- now Proctor & Gamble (26) | A | Dividend | J | T | | | | | |
| 16. Citigroup-common stock (27) | A | Dividend | J | T | | | | | |
| 17. Amgen-common stock (28) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ei Dupont-common stock (29) | A | Dividend | J | T | | | | | |
| 19. Bank of America common stock (45) | A | Dividend | J | T | | | | | |
| 20. Walmart Stores, Inc. common stock | A | Dividend | J | T | buy | 02/24 | J | | |
| 21. Walt Disney, Co- common stock | | None | J | T | buy | 03/07 | J | | |
| 22. Pitney Bowes, Inc-common stock | A | Dividend | J | T | buy | 03/09 | J | | |
| 23. Ford Motor Company-common stock | A | Dividend | J | T | buy | 05/12 | J | | |
| 24. Valero Energy Corp-common stock | A | Dividend | J | T | buy | 10/18 | J | | |
| 25. Chevron Corp-common stock | A | Dividend | J | T | buy | 10/18 | J | | |
| 26. Applied Materials Inc. Delaware-common stock | A | Dividend | J | T | buy | 11/07 | J | | |
| 27. Smith Barney Money Smith Barney Funds, Govt, Port (IRA) (5) | A | Int./Div. | J | T | | | | | |
| 28. Citibank-Bank Deposit (31) | A | Interest | J | T | part sale | 09/05 | L | | |
| 29. Smith Barney Money FundsCash Cl A | C | Int./Div. | L | T | buy | 09/05 | L | | |
| 30. Evergreen Small Cap (21) | A | Dividend | | | sale | 05/26 | J | A | |
| 31. Franklin Fund-small cap growth fund I class a (6) | A | Dividend | J | T | | | | | |
| 32. Valic Fixed Account Plus (22) | A | Interest | J | T | partial sale | 02/07 | J | A | |
| 33. AIG Valic Mid Cap Fund (Wellington) (32) | A | Dividend | J | T | | | | | |
| 34. AIG Valic Nasdaq 100 Index Fund (33) | A | None | | | sale | 2/07 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIG Valic Science & Technology T. Rowe Price(34) | A | Dividend | | | sale | 2/07 | J | A | |
| 36. World Savings (39) | A | Interest | J | T | closed | 03/09 | J | | |
| 37. World Savings (38) | A | Interest | M | T | closed | 03/09 | M | | |
| 38. World Savings (37) | A | Interest | K | T | closed | 05/23 | K | | |
| 39. World Savings IRA (36) | B | Interest | K | T | opened | 07/19 | K | | |
| 40. Washington Mutual | A | Interest | J | T | opened | 01/13 | J | | |
| 41. Washington Mutual (41) | A | Interest | J | T | | | | | |
| 42. Washington Mutual (40) | B | Interest | L | T | closed | 10/06 | L | | |
| 43. Washington Mutual | B | Interest | L | T | opened | 10/11 | L | | |
| 44. San Diego Community Credit Union IRA (42) | B | Interest | M | T | opened | 05/26 | M | | |
| 45. San Diego Community Credit Union savings (43) | A | Interest | J | T | opened | 10/07 | J | | |
| 46. Bank of America (X) aggregate (44) | A | Interest | J | T | | | | | |
| 47. San Diego National Bank | A | Interest | J | T | opened | 2/21 | J | | |
| 48. San Diego National Bank | B | Interest | K | T | opened | 2/21 | K | | |
| 49. San Diego National Bank | A | Interest | J | T | opened | 03/09 | J | | |
| 50. San Diego National Bank | C | Interest | L | T | opened | 03/13 | L | | |
| 51. Valic Samall Cap Special Value | A | Dividend | J | T | buy | 5/26 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| /Evergreen/Putnam | | | | | | | | | |
| 52. Valic International Small Cap Equity/ AIG | | | J | T | buy | 2/07 | J | | |
| 53. Valic MSIFT Mid Cap Growth | | | | | buy | 2/07 | J | | |
| 54. | | | | | sale | 5/26 | J | A | |
| 55. Valic Midcap Strat Gr./ Morgan Stanley | | | J | T | buy | 5/26 | J | | |
| 56. Valley Independent Bank (12) | A | Interest | | | closed | 5/16 | K | | |
| 57. Valley Independent Bank (13) | A | Interest | | | closed | 3/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII: Numbers in parenthesis are line numbers in prior year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____5/02/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544